\> PS 8
(12/04)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.        Jerrika Verlene Lanni        Docket No.        2:10CR00073-002

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Richard Law, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Jerrika Verlene Lanni who was placed under pretrial release supervision by the Honorable Cynthia Imbrogno sitting in the court at Spokane, WA, on the 22nd day of July, 2010 under the following conditions:

**Standard Condition #1:** Defendant shall not commit any offense in violation of federal, state or local law. Advise supervising pretrial services officer and attorney within one business day of any charge, arrest, or contact with law enforcement.

**Special Condition #21:** Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

**Special Condition #28:** Prohibited Substance Testing: If random urinalysis testing is not done through a treatment program, random urinalysis testing shall be conducted through pretrial services, and shall not exceed six (6) times per month.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Ms. Lanni admitted that on or about October 3, 2010, she had contact with Colville Tribal Police officers in reference to an argument that a passenger in her vehicle was having with other individuals. She also admitted to having law enforcement contact weeks prior in reference to tribal police officers attempting to locate a runaway individual. Ms. Lanni then recalled contact with law enforcement at which time she was questioned regarding a fight. Of additional concern is the fact that following her meeting with the undersigned officer on October 7, 2010, it was revealed that Ms. Lanni was contacted by the Okanogan County Sheriff's Office on September 26, 2010. To date she has not reported this contact.

**Violation #2:** On October 7, 2010, Jerrika Lanni submitted a urine specimen at the U.S. Probation/Pretrial Services Office. Said specimen revealed initial positive findings for cocaine. Ms. Lanni admitted to the undersigned officer that she had recently consumed cocaine on or about October 5, 2010. She admitted to consuming cocaine approximately two times since being placed on pretrial supervision. It should be noted that Ms. Lanni has previously submitted a urine specimen at the Okanogan Behavioral Health Care Center which yielded initial positive findings for cocaine as well. However, that test is yet to be confirmed by the laboratory.

**Violation #3:** Jerrika Lanni failed to report for random urinalysis testing at Okanogan Behavioral Health Care Center on September 18 and 29, 2010, and October 2, 2010.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 10/8/2010

by s/Richard Law

Richard Law
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

10-12-2010
Date